446 A.2d 705

Commonwealth v. Thomas, Appellant.

Submitted March 25, 1981. Richard P. Wagner, for appellant; Rolfe W. Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.